UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL M. HARRISON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:13-cv-0602 |
| TDNGUYEN, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Pending before the Court is Plaintiff Crystal M. Harrison's Motion to Dismiss with Prejudice. (Doc. No. 12.) Plaintiff's Motion is **GRANTED**. Plaintiff's lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** in Houston, Texas, on this the thirty-first day of December, 2013.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE